UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

John G. Berg
Petitioner                                          :        No. 2:19-cv-01275-MSG
   VS.                                           :
                                                                  :
Delaware County Probation Department :
Respondent

**PETITIONER'S OBJECTIONS TO THE REPORT AND RECCOMMENDATION OF THE MAGISTRATE**

1. Petitioner respectfully objects, in an abundance of caution, to the Magistrate's holding that this matter should be dismissed because Petitioner has not yet exhausted his state court claims. Petitioner specifically requested in his Petition that this matter be STAYED pending the resolution of the state court litigation. The instant Petition was filed while Petitioner was still "in custody." Were the instant Petition to be dismissed, Petitioner would have to file a subsequent federal habeas petition after his "custody" had ended, thus calling into question whether the federal court would have jurisdiction to hear his claim. Consequently, Petitioner respectfully avers that the appropriate way to address this matter is to simply stay these proceedings until the state court litigation ends, and then resume the matter after such litigation

has concluded. This would protect Petitioner's federal rights to due process.

           **RESPECTFULLY SUBMITTED:**

         ____/s/ Todd M. Mosser_____
              **MOSSER LEGAL, PLLC**
                **Todd M. Mosser**
                **ID NO. 87534**
            **448 North 10th St., Suite 502**
             **Philadelphia, PA 19123**
               **215-567-1220**
             **todd@mosserlegal.com**
            **Counsel for Petitioner Berg**

2/4/20

## CERTIFICATE OF SERVICE

I hereby certify that I am this day serving the foregoing document upon all parties via the e-filing system.

_____

**TODD M. MOSSER, Esquire**
PA ID No. 87534
448 North 10th St., Suite 502
Philadelphia, PA 19123
215-567-1220
todd@mosserlegal.com
For Petitioner Berg

2/4/20