IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN BERG,<br><br>   *Petitioner*,<br><br>   *v.*<br><br>DELAWARE COUNTY PROBATION DEPARTMENT,<br><br>   *Respondent*. | Civil Action<br><br>No. 19-cv-1275 |

# ORDER

**AND NOW**, this 14th day of December, 2022, upon consideration of Petitioner John Berg's Amended Petition for a Writ of Habeas Corpus (ECF No. 3), Respondent's answer thereto (ECF No. 10), the Report and Recommendation of Magistrate Judge Carol Sandra Moore Wells (ECF No. 25), Petitioner's objections thereto (ECF No. 26), and the parties' post-hearing briefs (ECF Nos. 39 and 40), following a hearing held on April 13, 2022, and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that:

  1. Petitioner's Amended Petition for a Writ of Habeas Corpus (ECF No. 3) is **DENIED**.

  2. Magistrate Judge Wells' recommendation that the Petition be denied (ECF No. 25) is adopted, albeit for the reasons set forth in the accompanying memorandum opinion.

  The Clerk of Court is directed to mark this case **CLOSED.**

                   BY THE COURT:

                    /s/ Mitchell S. Goldberg
                   **MITCHELL S. GOLDBERG, J.**